IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY CANDLER,

    Plaintiff,

  v.

SANTA RITA COUNTY JAIL WATCH COMMANDER, et al.,

    Defendants.
                                 /

No. C 11-1993 CW (PR)

ORDER VACATING HEARING

    Good cause appearing, the hearing noticed in this matter on Defendants' motion for summary judgment set for November 16, 2012 at 2:00 p.m. is hereby VACATED.

    The motion will be decided without a hearing.

    IT IS SO ORDERED.

Dated: 11/14/2012

                                     CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE