United States District Court

Northern District of California

MARK ANTHONY CANDLER,

           Plaintiff,

  v.

SANTA RITA COUNTY JAIL WATCH COMMANDER, et al.,

           Defendants.

Case No.: C 11-1992 CW (PR)

ORDER EXTENDING TIME AND DENYING STAY

    On October 5, 2012, Defendants filed a motion for summary judgment in this action filed by a prisoner proceeding pro se. Plaintiff has requested a stay of all further proceedings because he is scheduled for upcoming transfers. Defendants oppose the stay but agree to an extension of time for Plaintiff to file his opposition to the motion for summary judgment.

    The Court finds a stay of proceedings unwarranted. Accordingly, Plaintiff's request is DENIED. Plaintiff is hereby GRANTED an extension of time to file his opposition to Defendants' motion for summary judgment by no later than January 4, 2013. Defendants shall file a reply to the opposition by no later than January 18, 2013.

    No hearing will be held without a prior Court order.

    This Order terminates Docket no. 15.

    IT IS SO ORDERED.

Dated: 11/20/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE