IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CANDLER, | Case No.: C 11-1992 CW (PR) |
|     Plaintiff, | ORDER DIRECTING ALL PARTIES TO NOTIFY COURT OF CONSENT OR DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
|   v. | |
| SANTA RITA COUNTY JAIL WATCH COMMANDER, et al., | |
|     Defendants. | |

No later than <u>fourteen</u> days from the date of this Order, all parties shall consent **OR** decline to proceed before a United States Magistrate Judge by signing and returning this notice to the Court.

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**PLAINTIFF:**

Plaintiff consents to the assignment of (<u>check one</u>):

\_\_\_\_\_ Any Magistrate Judge

\_\_\_\_\_ Magistrate Judge Nandor Vadas

\_\_\_\_\_ Magistrate Judges (fill in names): _____

_____

Dated: _____       Signature: _____

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2   **DEFENDANT(S):**

3   All Defendants consent to the assignment of (<u>check one</u>):

4   _____ Any Magistrate Judge

5   _____ Magistrate Judge Nandor Vadas

6   _____ Magistrate Judges (fill in names): _____

7   _____

8

9   Dated: _____        Signature: _____

10                                (Defendant(s)' Counsel)

11

12   <u>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**</u>

13

14   **PLAINTIFF:**

15   Plaintiff declines to consent to the assignment of this case to a

16   United States Magistrate Judge.

17

18   Dated: _____        Signature: _____

19

20   **DEFENDANT(S):**

21   One or more Defendants declines to consent to the assignment of

22   this case to a United States Magistrate Judge.

23

24   Dated: _____        Signature: _____
                                 (Defendant(s)' Counsel)

25   IT IS SO ORDERED.

26   Dated: 5/13/2013

27

28                            _____
                              CLAUDIA WILKEN
                              United States District Judge