DONNA R. ZIEGLER [142415]
County Counsel
By:  ROBERT D. REITER  [124926]
Deputy County Counsel
SAMANTHA N. STONEWORK-HAND [245788]
Associate County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for Defendants

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CANDLER,<br><br>                              Plaintiff,<br>          v.<br><br>SANTA RITA COUNTY JAIL'S WATCH COMMANDER; JOHN DOE, and COMANDING OFFICER D. SANCHAS (LT); D.L. SNIDER (Sergeant #1140) B.S. Quin (Sergeant #1319),<br><br>                              Defendants. | Case No.: C11-01992 CW (PR)<br><br>**NOTICE REGARDING DISCOVERY REFERRAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Santa Rita County Jail's Watch Commander; John Doe, and Commanding Officer D. Sanchas, D.L. Snider; and B. S. Quin ("Defendants") hereby files this notice to inform the Court that the Plaintiff, appearing *pro se* is incarcerated and therefore an in-person meet and confer is impractical.

On September 30, 2013, this case was referred to Magistrate Judge Maria-Elena James for discovery.  (Doc. #54.)  On the same day, Judge James issued an Order stating that the parties must comply with her Discovery Standing Order, and that the

parties must meet and confer in person before any dispute is considered. (Doc. #55.) However, Plaintiff Mark Anthony Candler is incarcerated and has been recently moved to Centinela State Prison in West Imperial, California. (Doc. #56 at 26.) Therefore, meeting and conferring in person would be extremely difficult, time consuming, and burdensome on Defendants.

Previously, Judge Wilken held that, "[w]hen a party is incarcerated, the parties may meet and confer via written communication." (Doc. #36 at 5 n.2.) Accordingly, Defendants respectfully request that they be able to meet and confer with Plaintiff regarding discovery disputes via written communication.

DATED: October 2, 2013

Office of the County Counsel in and for the County of Alameda, State of California

By *Samantha Stonework-Hand*
Samantha N. Stonework-Hand
Associate County Counsel

```
The parties may meet and confer via written communication.  The
parties shall comply with all other aspects of the Discovery
Standing Order.
Dated: October 9, 2013
```



IT IS SO ORDERED
Judge Maria-Elena James