UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CANDLER,<br><br>     Plaintiff,<br><br>   v.<br><br>SANTA RITA COUNTY JAIL WATCH COMMANDER, et al.,<br><br>     Defendants. | Case No. 11-cv-01992-CW   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 66 |

On May 21, 2014, the Court granted Plaintiff Mark Anthony Candler's request for production of a Memorandum Re: Classification of Inmates, but permitted Defendants to redact any information that identifies inmates other than Plaintiff and any details that would permit Plaintiff to figure out the identity of other inmates or adverse witnesses, as well as any information which would present a grave security risk to the staff and inmates. Discovery Order at 8-9, Dkt. No. 63. The Court also granted Plaintiff's motion to compel a further response from Sgt. Snider as to: (1) any incidents where Sgt. Snider determined that Plaintiff was an immediate threat to other inmates during the period of his incarceration as a pretrial detainee at the Santa Rita County Jail; and (2) any incidents where Sgt. Snider determined that Plaintiff was an immediate danger to Santa Rita Jail security during the period of his incarceration as a pretrial detainee at the Santa Rita County Jail. *Id.* at 9.

Now before the Court is a follow up dispute letter from the parties, filed September 3, 2014. Dkt. No. 66. In the letter, Plaintiff again requests that the Court order Defendants to produce an unredacted version of the memo, arguing that the names "would show this court or jury, that once the D.A. Memo was issued, the due process rights that were clearly established in *Hewitt v. Helms* (1983) were meaningless and a 'pretext for indefinite confinement' in isolation."

1  Jt. Ltr. at 2.  Plaintiff also requests that the Court order Defendants to provide a further
2  supplemental response of Sgt. Snider.  *Id.* at 7.
3      Upon review of the parties' arguments, the Court ORDERS as follows:
4      1)    For the reasons stated in its previous Order, Plaintiff's request for production of the
5      unredacted memo is DENIED, except that Defendants shall produce a version with
6      Plaintiff's name unredacted; and
7      2)    As Sgt. Snider had no role in Plaintiff's housing assignment, Plaintiff's request for
8      a supplemental response is DENIED.
9  **IT IS SO ORDERED.**

11  Dated: September 4, 2014

                                                                       MARIA-ELENA JAMES
                                                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY CANDLER,

    Plaintiff,

v.

SANTA RITA COUNTY JAIL WATCH COMMANDER, et al.,

    Defendants.

Case No.  11-cv-01992-CW   (MEJ)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Anthony Candler ID: AF7322
Centinela State Prison
C-2-134
P.O. Box 921
Imperial, CA 92251


Dated: 9/4/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

3