IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CANDLER, | No. 11-cv-1992 CW |
| Plaintiff, | JUDGMENT |
| v. | |
| SANTA RITA COUNTY JAIL WATCH COMMANDER, et al., | |
| Defendants. | |

For the reasons discussed in the Court's Order granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants and against Plaintiff. All parties shall bear their own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: March 11, 2016

CLAUDIA WILKEN
United States District Judge