IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CANDLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA RITA COUNTY JAIL WATCH COMMANDER, et al.,<br><br>　　　　Defendants. | Case No. 11-cv-01992-CW<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Dkt. Nos. 117, 118) |

The Ninth Circuit issued a memorandum on January 7, 2020, in which it affirmed in part and reversed in part this Court's orders granting summary judgment in favor of Defendants. See Docket No. 117. The Ninth Circuit issued its mandate on January 29, 2020. Docket No. 118.

No later than February 14, 2020, Defendants shall file a brief of no more than four pages describing the next steps. Candler may file a response of no more than seven pages by March 6, 2020. Defendants may file a reply of no more than three pages by March 20, 2020.

IT IS SO ORDERED.

Dated: 1/31/2020

CLAUDIA WILKEN
United States District Judge