UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY CANDLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA RITA COUNTY JAIL WATCH COMMANDER, et al.,<br><br>　　　　Defendants. | Case No. 11-cv-01992-CW<br><br>**CONDITIONAL ORDER OF DISMISSAL**<br><br>(Re: Dkt. No. 129) |

　　The parties hereto, by their counsel, having advised the magistrate judge that they have agreed to a settlement of this case,

　　IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days of the date this order is filed, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the Court will vacate this order and this case shall forthwith be restored to the calendar to be set for trial.  All deadlines are vacated.

Dated: 4/8/2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge